James E. Torgerson (Bar No. 8509120)
Connor R. Smith (Bar No. 1905046)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
jim.torgerson@stoel.com
connor.smith@stoel.com

Karin D. Jones (Bar No. 1607064)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7598
karin.jones@stoel.com

Attorneys for Plaintiff Chugach Electric Association, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHUGACH ELECTRIC ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAL HALPERN, <br><br> Defendant. | Case No.: 3:22-cv-00118-HRH |

### STATUS REPORT

Plaintiff Chugach Electric Association, Inc. (Chugach) submits this Status Report in response to the Court's May 25, 2022 Order. Counsel for Chugach has been in contact

*Chugach Electric Association, Inc. v. Hal Halpern*
Case No. 3:22-cv-00118-HRH                    1

with counsel for the Defendant regarding possibly resolving this matter before the service deadline, which we have computed as August 2, 2022, under Federal Rule of Civil Procedure 4. Chugach intends to perfect service or dismiss its complaint prior to that time.

DATED: June 1, 2022      STOEL RIVES LLP

By: /s/ James E. Torgerson
James E. Torgerson (Bar No. 8509120)
Karin D. Jones (Bar No. 1607064)
Connor R. Smith (Bar No. 1905046)

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 3:22-cv-00118-HRH, who are registered CM/ECF users and who are listed below, will be served by the CM/ECF system.

/s/ James E. Torgerson
James E. Torgerson
115673881.1 0034043-000139

*Chugach Electric Association, Inc. v. Hal Halpern*
Case No. 3:22-cv-00118-HRH      2

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920