IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CHUGACH ELECTRIC ASSOCIATION, INC.,

            Plaintiff,

vs.

HAL HALPERN,

            Defendant.

No. 3:22-cv-0118-HRH

O R D E R

Case Status

The court is in receipt of plaintiff's status report.[1] The report is approved.

The court looks forward to either a resolution of this case or proof of service of plaintiff's complaint on defendant by **August 2, 2022**.

DATED at Anchorage, Alaska, this  2nd  day of June, 2022.

            /s/   H. Russel Holland
            United States District Judge

---

[1] Docket No. 6.

ORDER – Case Status         - 1 -